B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Georgia

In re: JOSEPH MICHAEL ARMISTEAD                              Case No. 17-59579

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 1778

Court Claim # (if known): 13-2
Amount of Claim: $221,027.63
Date Claim Filed: 01/15/2019

Phone: 800-401-6587
Last Four Digits of Acct. #: 4811

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 1778

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ketan Sawarkar                                          Date 09/11/2019
    AIS Portfolio Services, LP.
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| Case Name: | JOSEPH MICHAEL ARMISTEAD | ) ) ) ) | Case No. Judge: Chapter: | 17-59579 Paul Baisier 13 |
|---|---|---|---|---|

**CERTIFICATE OF SERVICE**

PLEASE BE ADVISED that on 09/11/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 09/11/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
JOSEPH MICHAEL ARMISTEAD
1688 BRIDGEVIEW DRIVE,
GRAYSON, GA 30017

I hereby certify that on 09/11/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
MELISSA J DAVEY
SUITE 200, 260 PEACHTREE STREET NW
ATLANTA, GA 30303

Debtor's counsel:
CLARK & WASHINGTON LLC
E L CLARK
BLDG 3, 3300 NORTHEAST EXPWY
ATLANTA, GA 30341

All Parties in Interest
All Parties requesting Notice

By: /s/ Ketan Sawarkar
Ketan Sawarkar, AIS Portfolio Services, LP as agent.
Transferee/Transferee's Agent